IN **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TONY LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | 09 CV 4612 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Rebecca R. Pallmeyer |
| THOMAS DART, in his capacity as | ) | |
| Sheriff of Cook County, DR. R., | ) | |
| LEDVORA, DR. C. ZAWITZ, | ) | |
| MANISH PATEL, BARBARA DAVIS, | ) | |
| OFFICER VALEDMAR RAMOS, | ) | |
| OFFICER E. VILLARREAL, MS. G. | ) | |
| MAEWEATHER, CYNTHIA JONES, | ) | |
| KIMBERLY COOPER, ANDREW | ) | |
| DEFUNIAK, JANET WATTS, DR. C. | ) | |
| COLVARD, CALVIN FLOWERS, JOHN | ) | |
| DOE EMPLOYEES OF THE COOK | ) | |
| COUNTY DEPARTMENT OF | ) | |
| CORRECTIONS AND CERMAK | ) | |
| HEALTH SERVICES 1-50, and COOK | ) | |
| COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:    Lilianna Maria Kalin                Kathleen Louise Holthaus
        Cook County State's Attorney's Office     Sidley Austin LLP
        500 Richard J. Daley Center             One South Dearborn Street
        Chicago, IL 60602                    Chicago, IL 60603

    **PLEASE TAKE NOTICE** that on March 14, 2011 at 9:00 a.m., I shall appear before the Honorable James B. Zagel in the courtroom usually occupied by him in Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint.*

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ Patrick S. Smith
Patrick S. Smith
Assistant State's Attorney
Conflicts Counsel Unit
69 W. Washington, Suite 2030
Chicago, Illinois 60602
(312) 603-1422

## **CERTIFICATE OF SERVICE**

I, Patrick S. Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on March 4, 2011 at or before 5:00 p.m. electronically via the ECF-CM system

/s/ Patrick S. Smith
Patrick S. Smith