# IN UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TONY LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | 09 CV 4612 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Rebecca R. Pallmeyer |
| THOMAS DART, in his capacity as Sheriff of Cook County, DR. R., LEDVORA, DR. C. ZAWITZ, MANISH PATEL, BARBARA DAVIS, OFFICER VALEDMAR RAMOS, OFFICER E. VILLARREAL, MS. G. MAEWEATHER, CYNTHIA JONES, KIMBERLY COOPER, ANDREW DEFUNIAK, JANET WATTS, DR. C. COLVARD, CALVIN FLOWERS, JOHN DOE EMPLOYEES OF THE COOK COUNTY DEPARTMENT OF CORRECTIONS AND CERMAK HEALTH SERVICES 1-50, and COOK COUNTY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Kathleen Holthaus                Lilianna Kalin
     Sidley Austin LLP                Cook County State's Attorney's Office
     One South Dearborn St.           500 Richard J. Daley Center
     Chicago, IL 60603                Chicago, IL 60602

    PLEASE TAKE NOTICE that on June 16, 2011 I caused to be filed with the Clerk of the Federal Court for the Honorable Judge Rebecca R. Pallmeyer., in Courtroom 2119 of the United States District Court, Northern District Illinois, 219 South Dearborn Street, Chicago, Illinois the attached ***Reply Brief In Support Of Medical Defendants' Motion To Dismiss Plaintiff's Fourth Amended Complaint*** a copy of which is attached hereto and served upon you.

        Respectfully Submitted,

        ANITA ALVAREZ
        Cook County State's Attorney

By:   /s/Patrick Smith
      Patrick Smith
      Deputy Supervisor
      Conflicts Counsel
      69 West Washington, Suite 2030
      Chicago, Illinois 60602
      (312) 603-1422

## CERTIFICATE OF SERVICE

I, Patrick Smith, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on October 4, 2010 via the court's CM/ECF system.

        /s/ Patrick Smith
        Patrick Smith