# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4612 | **DATE** | 6/22/2011 |
| **CASE TITLE** | Tony Love vs. Thomas Dart, et al | | |

**DOCKET ENTRY TEXT**

Agreed motion to amend the discovery schedule [89] granted. Fact discovery extended to 11/1/2011. Mr. Love's expert reports to be disclosed by 12/9/2011; depositions of Mr. Love's expert witnesses to be completed by 1/13/2012. Defendants' expert reports to be disclosed by 2/17/2012; depositions of Defendants' expert witnesses to be completed by 3/23/2012. Dispositive motions, if any, extended to 4/27/2012. The parties will file a joint pretrial order within 30 days of the Court's ruling on dispositive motions, if any.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|