# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4612 | **DATE** | 7/13/2011 |
| **CASE TITLE** | Tony Love vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

Ruling held. Motion to dismiss [80] is denied without prejudice to presentation of similar arguments by way of a motion for summary judgment. Leave is granted to take deposition of incarcerated person. Status hearing set for 9/14/2011 at 9:00 AM.

Notices mailed by Judicial staff.

00:07

| | Courtroom Deputy Initials: | ETV |
|---|---|---|